IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L DAVIS,

    Plaintiff,

v.                                                            CASE NO. 4:10-cv-00150-MP-WCS

MARK HASTY, BILL MCCOLLUM, WALTER A MCNEIL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this action be dismissed as frivolous under 28 U.S.C. § 1915(g). The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that this action should be dismissed. It is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

Plaintiff's motion to proceed *in forma pauperis*, doc. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g), and Plaintiff's complaint, doc. 1, is **DISMISSED** without prejudice.

The Clerk of Court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this _25th_ day of August, 2010

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge